AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Francisco RIVERA-Pizana<br><br>*Defendant(s)* | Case No:   25-992 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 27, 2025</u> in the county of <u>Dona Ana</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: DRIVING UNDER THE INFLUENCE OF ALCOHOL, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On April 27, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via Brownsville, TX on or about March 31, 2025. This was subsequent to a felony conviction for "DRIVING UNDER THE INFLUENCE OF ALCOHOL" in the state of Georgia on or about December 03, 2015. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Daniel Calzada, Agent
*Printed name and title*

Sworn to before me ~~and~~ VIA PHONE ~~signed in my presence.~~

Date: April 30, 2025

City and state: Las Cruces, N.M.

*Judge's signature*

Gregory J. Fouratt, United States Magistrate Judge
*Printed name and title*